## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | Criminal Action |
| ) | |
| vs ) | 16-10018-01-09-JTM |
| ) | |
| STEVEN R. HENSON, M.D., ) | |
| KIMI HARPER, ) | |
| AMANDA TERWILLEGER, ) | |
| JEREMY WOJACK, ) | |
| JORDAN ALLISON, ) | |
| GRANT LUBBERS, ) | |
| JOEL TORRES, JR. ) | |
| DAVID MONTANO, ) | |
| KEITH ATTEBERY, ) | |
| ) | |
|         Defendants. ) | |

### NOTICE REGARDING EXPERT TESTIMONY
### DRUG ENFORCEMENT ADMINISTRATION

**I. Special Agent Michael Holder - Drug Enforcement Administration**

    **a.** **Opinion:** The above agents will testify during trial about drug trafficking organizations in general, and those of the defendants specifically as it pertains to distribution, dispensing and street use and abuse of opiates and other controlled substances. Testimony may include explanation of code words, controlled substance prices, and other matters involving the controlled substance dispensing and distribution organizations in this case. It will also address the requirements which pertain to physicians concerning the dispensing/distributing of prescriptions of drugs; medical procedures; and rules and regulations under both Kansas law, the federal Controlled Substance Act. Such testimony will address information which is within his particularized knowledge and training.

b.     **Bases and Reasons for the Opinion:**  Training, experience, and knowledge gained through this and other drug investigations, as described more fully in the Expert Witness Summary, which will be provided in discovery

c.     **Qualifications:**   Curriculum Vitae will be provided in discovery.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

s/ Mona Lee M. Furst
MONA LEE M. FURST, #13162
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
E-mail: mona.furst@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on 12th day of February, 2016 I electronically filed the foregoing response with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**Kurt P. Kerns**
Ariagno, Kerns, Mank & White
328 North Main
Wichita, KS 67202
Attorney for Steven Henson

**David Freund**
Office of Federal Public Defender
301 N. Main, Suite 850
Wichita, KS   67202
Attorney for Kimi Harper

**Branden L. Smith**
Smith Legal, LLC
719 Massachusettes St., Suite #126
Lawrence, KS 66044
Attorney for Amanda Terwilliger

**Mark A.Thomason**
Attorney at Law
929 Walnut Street, Suite 101
Kansas City, MO   64106
Attorney for Jeremy Wojack

**Cyd Gilman**
Foulston Siefkin
1551 N. Waterfront Parkway
Suite 100
Wichita, KS   67206
Attorney for Jordan Allison

**Carl Fredrick A. Maughan**
Maughan Law Group, LC
4425 W. Zoo Blvd, Suite 5
Wichita, KS 67212
Attorney for Grant Lubbers

2

**Edward L. Robinson**  
Robinson Law, LLC  
105 S Broadway, Suite 1170  
Wichita, KS 67202  
Attorney for Joel Torres, Jr.

**Charles A. O'Hara**  
O'Hara & O'Hara LLC  
1223 E. First Street  
Wichita, KS  67214  
Attorney for David Montano

**Kari S. Schmidt**  
Conlee Schmidt & Emerson, LLP  
200 W. Douglas, Suite 300  
Wichita, KS 67202  
Attorney for Keith Attebery

s/ Mona Lee M. Furst  
MONA LEE M. FURST  
Assistant U.S. Attorney