# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|         Plaintiff,      ) | Criminal Action |
|    ) | |
| vs      ) | 16-10018-01-09-JTM |
|    ) | |
| **STEVEN R. HENSON, M.D.**,      ) | |
| **KIMI HARPER**,      ) | |
| **AMANDA TERWILLEGER**,      ) | |
| **JEREMY WOJACK**,      ) | |
| **JORDAN ALLISON**,      ) | |
| **GRANT LUBBERS**,      ) | |
| **JOEL TORRES, JR**.      ) | |
| **DAVID MONTANO**,      ) | |
| **KEITH ATTEBERY**,      ) | |
|    ) | |
|         **Defendants.**      ) | |

## NOTICE REGARDING EXPERT TESTIMONY

**I. Forensic Chemists, Drug Enforcement Administration – Rebecca J. Ponsini**

    **a.**    **Opinion:** The exhibits are being tested in this matter for the presence of controlled substances, including for oxycodone, alprazolam and methadone. The drugs will be examined and weighed. Laboratory reports will be provided in discovery.

    **b.**    **Bases and Reasons for the Opinion:** The United States states that the controlled substance exhibits in this case were tested in accordance with the Kansas Bureau of Investigation protocols which utilize one or more of the following procedures: logo identification, gas chromatography, gas chromatography/mass spectrometry and weighing/counting.

1

   c.  **Qualifications:** Curriculum Vitae will be provided in discovery.

             Respectfully submitted,

             BARRY R. GRISSOM
             United States Attorney

             s/Mona Lee M. Furst
             MONA LEE M. FURST, #13162
             Assistant U.S. Attorney
             1200 Epic Center, 301 N. Main
             Wichita, Kansas 67202
             Telephone: (316) 269-6481
             Fax: (316) 269-6484
             E-mail: mona.furst@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2016 I electronically filed the foregoing response with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**Kurt P. Kerns**
Ariagno, Kerns, Mank & White
328 North Main
Wichita, KS 67202
 Attorney for Steven Henson

**David Freund**
Office of Federal Public Defender
301 N. Main, Suite 850
Wichita, KS   67202
 Attorney for Kimi Harper

**Branden L. Smith**
Smith Legal, LLC
719 Massachusettes St., Suite #126
Lawrence, KS 66044
 Attorney for Amanda Terwilliger

**Mark A.Thomason**
Attorney at Law
929 Walnut Street, Suite 101
Kansas City, MO   64106
 Attorney for Jeremy Wojack

**Cyd Gilman**
Foulston Siefkin
1551 N. Waterfront Parkway
Suite 100
Wichita, KS   67206
 Attorney for Jordan Allison

**Carl Fredrick A. Maughan**
Maughan Law Group, LC
4425 W. Zoo Blvd, Suite 5
Wichita, KS 67212
 Attorney for Grant Lubbers

**Edward L. Robinson**
Robinson Law, LLC
105 S Broadway, Suite 1170
Wichita, KS 67202
  Attorney for Joel Torres, Jr.

**Charles A. O'Hara**
O'Hara & O'Hara LLC
1223 E. First Street
Wichita, KS   67214
  Attorney for David Montano

**Kari S. Schmidt**
Conlee Schmidt & Emerson, LLP
200 W. Douglas, Suite 300
Wichita, KS 67202
    Attorney for Keith Attebery

s/Mona Lee M. Furst
MONA LEE M. FURST
Assistant U.S. Attorney