1

```
 1         IN THE UNITED STATES DISTRICT COURT
                   DISTRICT OF KANSAS
 2

 3  THE UNITED STATES OF AMERICA,

 4            Plaintiff,

 5         vs.                       District Court
                                     Case Number
 6  GRANT LUBBERS,                   16-10018-6

 7            Defendant.

 8


 9         TRANSCRIPT OF PROCEEDINGS

10         On the 6th day of November, 2017 at 11:00 a.m.
    came on to be heard in the COMPLIANCE HEARING in the
11  above-entitled and numbered cause before
    HONORABLE J. THOMAS MARTEN, Senior Judge of the United
12  States District Court for the District of Kansas,
    Sitting in Wichita.
13         Proceedings recorded by mechanical
    stenography.
14         Transcript produced by computer.

15

16  APPEARANCES

17         The Plaintiff appeared by and through:
              Ms. Kimberly Rodebaugh
18            Special Assistant United States Attorney
              301 N. Main, Suite 1200
19            Wichita, Kansas 67202

20         The Defendant appeared in person, by and
    through:
21            Mr. Carl F. Maughan
              Maughan Law Group, LC
22            4425 W. Zoo Blvd, Suite 5
              Wichita, KS 67212

23


24


25
```

1                          INDEX

2
  Reporter's Certificate                                    10
3

3

1        (The following proceedings commenced at
2        11:00 a.m. and were requested transcribed:)
3        THE COURT:  Good morning.  This is the United
4  States District Court for the District of Kansas, Case
5  Number 16-10018-06, United States of America versus
6  Grant Lubbers.
7        You can keep your seats, but if you would note
8  your appearances, please.
9        MR. RODEBAUGH:  May it please the Court.  The
10 United States appears by Kimberly Rodebaugh, Special
11 Assistant United States Attorney.
12       THE COURT:  Thank you, Ms. Rodebaugh.
13       MR. MAUGHN:  Thank you, Your Honor.  Mr.
14 Lubbers appears in person, along with counsel, Carl
15 Maughan.
16       THE COURT:  Thank you, Mr. Maughan.
17       Well, I had been in touch with the probation
18 office and with Ms. Durham about a compliance hearing
19 on Mr. Lubbers.  There were some concerns a few weeks
20 ago regarding how Mr. Lubbers was doing and rather than
21 to go through the process of a revocation hearing
22 decided that we might be better off coming here today
23 just to visit for a few minutes.
24       And I want to tell you that the last report
25 that I received from Ms. Durham, which was just a few

4

1   minutes ago, indicates, Mr. Lubbers, that you seem to
2   be pulling it together, that you're working, and you're
3   doing better than you had been previously.  There's not
4   as much kind of sketchy behavior as there had been and
5   I just want to, first of all, congratulate you for
6   that, and to encourage you to keep up the -- the
7   excellent work that pretrial services has seen
8   recently.
9           Do you have any concerns yourself about how
10  things are going?
11          And I know nothing is ever perfect, but are
12  there services that you need?
13          I understand that you're in outpatient and
14  apparently doing pretty well, but if there's anything
15  that you need some assistance with, we want to make
16  sure that you get it.
17          So, Mr. Lubbers, how are things going from
18  your perspective?
19          THE DEFENDANT:  Um, Your Honor, it
20  was -- sorry.  It was -- you know, I came out of
21  in-patient treatment and broke my hand right after
22  that, so -- and I was faced with pain and pain pills
23  once again, you know.  I talked to Josie and I wasn't
24  forthright about the number of prescriptions originally
25  and -- and talking to my counselor I also realized, you

1  know, that that was still part of my addictive
2  thinking, you know, Josie did have some legwork to find
3  out that I wasn't being honest with her and but, you
4  know, we got it -- got it all hashed out and why I did
5  it, I don't know.
6          I wasn't even -- I did take some of the pills
7  when the pain got severe, which I had told -- told
8  Josie -- or Ms. Durham, but I wasn't taking them every
9  day or even as prescribed, every four to six hours
10 just, you know, when I really felt that I had to.  So I
11 really don't have an excuse as to why I did what I did,
12 just stupid on my end.
13         I have, you know, have been continuing
14 treatment.  I have completed anger management
15 treatment.  I'm three sessions away from completing
16 outpatient treatment, which I talked to my counselors
17 to continue what they call aftercare so I continue to
18 stay in the program.
19         I'm just working my job and taking it one day
20 at a time, so -- just doing -- doing the best I can.
21         THE COURT:  Well, Mr. Lubbers, I appreciate
22 your coming clean about the issues that you were
23 having, and I know Ms. Durham does, and it sounds as if
24 you're getting to a point, at least from my
25 perspective, where you have more faith and more

6

1  confidence in the people who are working with you and
2  that you're beginning to understand that they have your
3  best interests and that sometimes what you believe to
4  be in your own best interests may not be.
5          So, Ms. Rodebaugh, do you have any concerns or
6  questions about where we are with Mr. Lubbers?
7          MR. RODEBAUGH:  We continue to hope that he
8  continues along the path that he has.  In reading the
9  report, yes, there were concerns with him not being
10 honest and I have an additional concern if there is any
11 prescription medication, the idea of flushing it
12 instead of giving it to his stepmother or providing
13 another way, just to be cautious, that it's not
14 avoiding any suspicion -- and I'm not even saying rises
15 to a level of suspicion, but we are here on charges
16 that he was selling and so to alleviate any image of
17 that, then I think I would respectfully request the
18 Court to remind that that's not the appropriate way
19 to -- I commend him that the drug tests so far have
20 shown that he's not using, and the fact that he is
21 maintaining gainful employment, he should get accolades
22 for that as well but, you know, Josie was -- Ms. Durham
23 is on his side and we all want him to be successful.
24         THE COURT:  Thank you, Ms. Rodebaugh.
25         Mr. Maughan, is there anything that you wish

```
 1  to say at this point?
 2          MR. MAUGHN:  No, Judge.  I'd just note that
 3  I -- after reading the report, I did admonish Grant and
 4  remind him that, you know, better be completely open
 5  about these things or -- we understand the pain
 6  management issue with the broken -- he broke his hand,
 7  he had several surgeries and then they're infected and
 8  I said everyone understands that, but we need to make
 9  sure that we're as aboveboard as we can possibly be
10  with doctors, Josie, and myself and everyone else.
11          Other than that, you know, obviously
12  sentencing is some time away and we continue to -- to
13  try to work with Grant to make sure that he continues
14  to be successful.
15          I do have -- and I'm not sure if this is the
16  appropriate time to ask, but I was wondering, Judge,
17  whether you are intending on retaining this case?  I
18  know you're in -- in senior status and lessening your
19  workload.
20          THE COURT:  The Henson case is one of them I
21  am going to keep.
22          MR. MAUGHN:  Thank you, Judge.
23          THE COURT:  Certainly.  Certainly.
24          Ms. Durham, is there anything further that you
25  would like to bring up?
```

```
 1              MS. DURHAM:  No, Your Honor.
 2              THE COURT:  And, by the way, I appreciate very
 3    much the support of the parents, too, in working with
 4    Ms. Durham and with Mr. Lubbers, as well, and the
 5    position that you've taken with your son with respect
 6    to his continuing honesty.
 7              And recognizing, Mr. Lubbers, that, you know,
 8    you -- you've put yourself in a position, obviously,
 9    where there's more scrutiny than what you probably
10    would like to have, and I think as things continue to
11    go well and to move on that may be lessened to some
12    extent, but everybody is pleased with the direction
13    you're headed and I do want to congratulate you on the
14    progress that you've made.
15              And as you know, you're nowhere near the end
16    of the line, but the fact that you're doing aftercare
17    once you finish up your outpatient program I think is
18    also a very wise move on your part.
19              So, all right.  Ms. Rodebaugh, anything
20    further from the Government?
21              MR. RODEBAUGH:  No, thank you, Your Honor.
22              THE COURT:  Mr. Maughan -- you're welcome.
23              Mr. Maughan, anything further on behalf of Mr.
24    Lubbers?
25              MR. MAUGHN:  No, Your Honor.  Thank you.
```

1        THE COURT:  Well, you're welcome.
2        Mr. Lubbers, again, keep up the good work.
3        And thank you very much, you folks, for being
4 here today.  I appreciate it very much.
5        And, Ms. Durham, thank you for the great work
6 you're doing, as well.
7        (Proceedings conclude at 11:10 a.m.)

Jana L. McKinney, CSR, RPR, CRR, RMR
United States Court Reporter

```
                                                               10
1                    C E R T I F I C A T E
2              I, Jana L. McKinney, United States Court
3    Reporter in and for the District of Kansas, do hereby
4    certify:
5              That the above and foregoing proceedings were
6    taken by me at said time and place in stenotype;
7              That thereafter said proceedings were
8    transcribed under my discretion and supervision by
9    means of transcription, and that the above and
10   foregoing constitutes a full, true and correct
11   transcript of requested proceedings;
12             That I am a disinterested person to the said
13   action.
14             IN WITNESS WHEREOF, I hereto set my hand on
15   this, the 20th day of February, 2018.
16
17                       s/ Jana L. McKinney
                         Jana L. McKinney, RPR, CRR, RMR
18                       United States Court Reporter
19
20
21
22
23
24
25
```